FILED

AO 455 (Rev. 5/85) Waiver of Indictment

13 FEB 14  PM 3:03

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal No. 2:13cr-21-FtM-99SPC |
| GREGORY WAYNE EAGLE | |

I, Gregory Wayne Eagle, the above named defendant, who is accused of Bank Fraud, in violation of Title 18 United States Code, Section 1344; Mail Fraud, in violation of Title 18 United States Code, Section 1341; and Wire Fraud, in violation of Title 18, United States Code, Section 1343, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.  Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
GREGORY WAYNE EAGLE
Defendant

_____
WILBUR CHARLES SMITH, III
Counsel for Defendant

Before _____
         Judicial Officer

L:\_Criminal Cases\E\Eagle, Greg, dba Pine Island Land Trust_2010R02406_JFM\Waiver of Indictment.wpd