## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. 2:13-cr-21 –FtM-29UAM |
| **V.** | **DEFENDANT EAGLE'S MOTION FOR LEAVE TO RESPOND TO** |
| **GREGORY WAYNE EAGLE** | **GOVERNMENT'S RESPONSE TO EMERGENCY MOTION TO REDUCE SENTENCE AND PROVIDE OTHER EQUITABLE RELIEF PURSUANT TO 28 U.S.C § 2255** |

Defendant Gregory Wayne Eagle, through undersigned counsel, and pursuant to Local Rule 3.01(c), respectfully requests permission from the Court to file a response to the Government's response to Defendant's Emergency Motion to Reduce Sentence and Provide Other Equitable Relief Pursuant to 28 U.S.C. § 2255. This request is made in the interests of justice, and not to cause delay or prejudice to parties involved. The response will specifically address whether this Court has jurisdiction.

Respectfully submitted October 28th, 2015.

/s/Raemi Eagle-Glenn
Attorney for Gregory Wayne Eagle
Florida Bar #101374
raemi@eagleglennlaw.com
904-337-9503
2725 SW 91st Street
#110 PMB 11
Gainesville, FL 32608